UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHARON MARTIN,

        Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------------x

**JUDGMENT**
18-CV-3581 (RRM)

      A Memorandum and Order of the undersigned having been issued this day DENYING Commissioner's cross-motion for judgment on the pleadings and granting plaintiff's motion, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that this action is remanded to the Commissioner of Social Security for further proceedings and that this case is closed.

      SO ORDERED.

Dated: Brooklyn, New York
       September 29, 2020

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge